In the Matter of the Probate of the Will of MYRA CLARK
GAINES, Deceased.

JULIETTA PERKINS et al., Appellants, *v.* WILLIAM H. WILDER
et al., Respondents.

*Matter of Gaines,* 83 Hun, 225; 84 Hun, 520, 611, affirmed.
(Argued October 14, 1897; decided November 23, 1897.)

APPEAL from a judgment of the General Term of the
Supreme Court in the second judicial department, entered
February 18, 1895, which affirmed a decree of the surrogate
of Kings county admitting to probate the will of Myra Clark
Gaines, deceased.

Also, appeal from an order of the General Term, entered
February 11, 1895, dismissing an appeal from an order of the
surrogate directing certain letters to be printed as part of the
record on appeal.

Also, appeal from an order of the General Term, entered
January 11, 1895, denying a motion to punish respondents for
violating the statutory stay effected by appellants' appeal to
the General Term.

*John A. Grow* for appellants.

*William T. Gilbert* for respondents.

Judgment and orders affirmed, with costs; no opinion.
All concur.